

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2016
DECEMBER 19, 2017 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:17-cr-216
8 U.S.C. § 1326(a)(2)
8 U.S.C. § 1326(b)(1)

OSCAR MARIN-TRUJILLO,
    a/k/a  Wilson Manuel Ruiz-Martinez,
    a/k/a  Nahum Ortiz-Perez,
    a/k/a  Earnest Christopher Guzman,
    a/k/a  Edgar Lucio

# I N D I C T M E N T

**(Reentry of a Removed Alien)**

The Grand Jury Charges:

1. On or about January 28, 2013, defendant OSCAR MARIN-TRUJILLO, a/k/a Wilson Manuel Ruiz-Martinez, a/k/a Nahum Ortiz-Perez, a/k/a Earnest Christopher Guzman, and a/k/a Edgar Lucio (hereinafter "defendant OSCAR MARIN-TRUJILLO"), an alien, was convicted in District Court of the Fifth Judicial District, Jerome County, Idaho of the felony offense of Possession of a Controlled Substance, a felony, in violation of I.C. § 37-2732(c)(1), and was subsequently removed from the United States on or about February 14, 2013.

2. On or about October 28, 2014, defendant OSCAR MARIN-TRUJILLO, an alien, was found at or near Douglas, Arizona, and was

subsequently removed from the United States on or about December 25, 2014.

3. On or about December 3, 2017, at or near Milton, Cabell County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant OSCAR MARIN-TRUJILLO, an alien, was subsequently found in the United States after having been convicted of a felony and removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Sections 1326(a)(2) and (b)(1).

                                      CAROL A. CASTO
                                      United States Attorney

By: _____
      ERIK S. GOES
      Assistant United States Attorney